**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

February 18, 2026

**VIA PACER**
Honorable Magistrate Judge Lindsay
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Cipolla v. County of Nassau et al* Docket No. 25-cv-5779 (PKC) (ARL)

Dear Your Honor,

Our Office represents Defendants County Of Nassau, Nassau County Police Department Detective Joseph Calamita, in his individual and official capacities, Nassau County Police Department Detective Daniel J. Clarke, in his individual and official capacities, Nassau County Police Department Detective D'Erasmo, in his individual and official capacities, Nassau County Police Department Detective Herbert Koehler, in his individual and official capacities, Nassau County Police Department Detective Jeffrey Rios, in his individual and official capacities, Nassau County Police Department Detective Bonilla, in his individual and official capacities, Nassau County Police Department Detective D. Arazmo, in his individual and official capacities, and Nassau County District Attorney's Office (hereinafter referred to as "County Defendants") in this matter. County Defendants and Plaintiff would like to submit a proposed scheduling order for a Rule 55 Motion to Vacate Default.

- County Defendants are to send their motion to Plaintiff by February 27, 2026
- Plaintiffs are to send their opposition to County Defendants by March 6, 2026
- County Defendants are to send their reply to Plaintiff by March 13, 2026.
- The fully submitted motion is to be filed with the Court on March 13, 2026

As always, we thank the Court for its time, patience, and consideration.

Respectfully submitted,

*Nicholas Zotto*

Nicholas Zotto, Esq.
Deputy County Attorney

To: via email
Sheetal Paul
Horn Wright, LLP

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**

400 Garden City Plaza, Suite 500
Garden City, NY 11530
516-355-9696